# EXHIBIT A

STATE OF NEW YORK
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

ROSSANA ROSADO
SECRETARY OF STATE

November 18, 2021

JETBLUE AIRWAYS CORPORATION
ZHU WANG
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY NY 11101, USA

| | |
|---|---|
| RE: Party Served: | JETBLUE AIRWAYS CORPORATION |
| Plaintiff/Petitioner: | REGINA CANELA |
| Receipt Number: | 202111180174 |
| Date Served: | 09/16/2021 |
| Section of Law: | SECTION 306 OF THE BUSINESS CORPORATION LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492

