# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Queens
-----------------------------------------------------------------x
Regina Canela,

                      Plaintiff/Petitioner,

   - against -
Jetblue Airways Corporation,

                      Defendant/Respondent.
-----------------------------------------------------------------x

Index No.

JETBLUE AIRWAYS
DEC 0 2 2021
LEGAL DEPT.

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: September 9, 2021

Joseph G. Dell, Esq.
    Name
Dell & Dean, PLLC
    Firm Name

1225 Franklin Avenue, Suite 450
    Address

Garden City, New York 11530

(516) 880-9700
    Phone

_____
    E-Mail

To: _____

_____

_____

6/6/18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
REGINA CANELA,

                Plaintiff,

- against -

JETBLUE AIRWAYS CORPORATION,

                Defendant.

-----------------------------------------------------------------X

Index No.:
Date Purchased:

**SUMMONS**

Plaintiff designates Queens County as the place of trial.

The basis of venue is:
Defendant's principal place of business

County of QUEENS

**To the above named Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Garden City, New York
       September 9, 2021

_____
JOSEPH G. DELL
DELL & DEAN, PLLC
Attorneys for Plaintiff
REGINA CANELA
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 880-9700
File No. 4091

TO:    JETBLUE AIRWAYS CORPORATION – *Via Secretary of State*
        James G. Hnat
        27-01 Queens Plaza North
        Long Island City, New York 11101

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------------X
REGINA CANELA,

                Plaintiff,

        - against -

JETBLUE AIRWAYS CORPORATION,

                Defendant.

-----------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys **DELL & DEAN, PLLC**, complaining of the Defendant, respectfully allege, upon information and belief, as follows:

### AS AND FOR A FIRST CAUSE OF ACTION
### ON BEHALF OF REGINA CANELA

1. That at all times herein mentioned, Plaintiff was, and still is, a resident of the County of Nassau, State of New York.

2. That at all times herein mentioned, the Defendant **JETBLUE AIRWAYS CORPORATION** was and still is a domestic corporation, a foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the State of New York.

3. That at all times herein mentioned, the Defendant **JETBLUE AIRWAYS CORPORATION** maintained a principal place of business in the County of Queens, State of New York.

4. That on February 13, 2020, and at all times herein mentioned, a certain aircraft, specifically Flight B6 1536, including the on ramp to the aircraft, was owned by Defendant **JETBLUE AIRWAYS CORPORATION**.

5. That at all times herein mentioned, the Defendant **JETBLUE AIRWAYS CORPORATION,** through their agents, servants, employees, and/or assigns, owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and controlled a certain aircraft, specifically Flight B6 1536, including the on ramp to the aircraft.

6. That on February 13, 2020, and at all times herein mentioned, the above-mentioned aircraft, including the on ramp to the aircraft, was owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and controlled by Defendant **JETBLUE AIRWAYS CORPORATION**.

7. That on February 13, 2020, and at all times herein mentioned, it was the duty of Defendant **JETBLUE AIRWAYS CORPORATION** to own, operate, manage, maintain, repair, control, inspect, construct and supervise the aircraft, including the on ramp to the aircraft, in a reasonably safe condition.

8. That at all times herein mentioned, Defendant **JETBLUE AIRWAYS CORPORATION** had a non-delegable duty to maintain the aircraft in a reasonably safe condition and free of dangers and hazards to those passengers lawfully thereat, including Plaintiff **REGINA CANELA.**

9. That on February 13, 2020, Plaintiff **REGINA CANELA** was a lawful passenger aboard the above-mentioned aircraft.

3

10. That on February 13, 2020, while Plaintiff **REGINA CANELA** while lawfully boarding the aforesaid aircraft, she was caused to sustain severe and permanent injuries.

11. The above mentioned occurrence, and the results thereof, was caused wholly and solely by the negligence and breach of duty of the Defendant **JETBLUE AIRWAYS CORPORATION** and/or said Defendant's servants, agents, employees and/or licensees in the ownership, inspection, construction, repair, operation, management, maintenance and control of the aforesaid aircraft, fixtures and appurtenances, including the on ramp to the aircraft; and the Defendant **JETBLUE AIRWAYS CORPORATION** was otherwise negligent, careless and reckless.

12. That, upon information and belief, Defendant **JETBLUE AIRWAYS CORPORATION** had actual notice of this defective condition in that this Defendant created the condition and was present on a daily basis prior to the underlying accident.

13. That no negligence on the part of the Plaintiff **REGINA CANELA** contributed to the occurrence alleged herein in any manner whatsoever.

14. That as a result of the foregoing, Plaintiff **REGINA CANELA** was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff **REGINA CANELA** has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff **REGINA CANELA** was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

15. By reason of the foregoing, Plaintiff **REGINA CANELA** has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein.

**WHEREFORE**, Plaintiff **REGINA CANELA** prays for judgment against the Defendant **JETBLUE AIRWAYS CORPORATION** on behalf of the within Causes of Action in amounts which exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein, together with the costs and disbursements of this action.

Dated: Garden City, New York
September 9, 2021

Yours, etc.

JOSEPH G. DELL
DELL & DEAN, PLLC
Attorneys for Plaintiff
REGINA CANELA
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 880-9700

## VERIFICATION

STATE OF NEW YORK )
                  )ss.:
COUNTY OF NASSAU  )

I, Regina Canela, being duly sworn, deposes and says:

I am the plaintiff in the within action;

I have read the following Summons + Complaint and believe the same is to be true to my knowledge; the same is true to my knowledge except as to those matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

*Regina Canela*

Sworn to before me this
9th day of Sept., 2021

*Donna M. Parent*

DONNA M. PARENT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA6008226
Qualified in Suffolk County
My Commission Expires 02-16-2023

QIndex No:
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

REGINA CANELA,

                *Plaintiff,*

              *-against-*

JETBLUE AIRWAYS CORPORATION,

              *Defendant.*

---

## SUMMONS AND VERIFIED COMPLAINT

---

**DELL & DEAN, PLLC**
*Attorneys for Plaintiff*
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 880-9700

---

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-A.*

Dated: September 9, 2021

Signature.............................................
Print: Joseph G. Dell

---

**PLEASE TAKE NOTICE**

**NOTICE OF Entry**
    That the within is a (certified) true copy of an
    Entered in the office of the clerk of the within-named Court on

**NOTICE OF SETTLEMENT**
    That an Order of which is a true copy will be presented for settlement to the
    Hon.         , one of the judges of the within-named Court, at
    on         20   , at    M.

Dated:

---

**DELL & DEAN, PLLC**
*Attorneys for Plaintiff*
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 880-9700

8 (02/12)
**PARTMENT OF STATE**
VISION OF CORPORATIONS,
STATE RECORDS AND UCC
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001



USPS CERTIFIED MAIL

9214 8969 0059 7931 4709 71

202111180174
JETBLUE AIRWAYS CORPORATION
ZHU WANG
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY NY 11101, USA



