EXHIBIT D

Case 1:22-cv-00004-FB-RER   Document 1-4   Filed 01/03/22   Page 2 of 8 PageID #: 27

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

----------------------------------------------------------------------X

REGINA CANELA,

                Plaintiff,

           - against -

JETBLUE AIRWAYS CORPORATION,

                Defendant.

----------------------------------------------------------------------X

Index No.: 720283/2021
Date Purchased: 09/09/2021

**SUPPLEMENTAL
SUMMONS**

Plaintiff designates Queens
County as the place of trial.

The basis of venue is:
Defendant's principal place of
business

County of QUEENS

**To the above named Defendant:**

     **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner.  In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Garden City, New York
       December 14, 2021

JOSEPH G. DELL
DELL & DEAN, PLLC
Attorneys for Plaintiff
REGINA CANELA
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 880-9700
File No. 4091

TO:   MICHAEL MARAGOUDAKIS, ESQ.
       MARTINEZ & RITORTO, P.C.
       Attorneys for Defendant
       JETBLUE AIRWAYS CORP.
       30 Wall Street, 8th Floor
       New York, New York 10005
       (212) 248-0800

Case 1:22-cv-00004-FB-RER Document 1-4 Filed 01/03/22 Page 3 of 8 PageID #: 28

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

Index No.:
Date Purchased:

-------------------------------------------------------------------X

REGINA CANELA,

                Plaintiff,

**AMENDED VERIFIED COMPLAINT**

          - against -

JETBLUE AIRWAYS CORPORATION,

                Defendant.

-------------------------------------------------------------------X

Plaintiff, by her attorneys **DELL & DEAN, PLLC**, complaining of the Defendant, respectfully allege, upon information and belief, as follows:

### AS AND FOR A FIRST CAUSE OF ACTION <u>ON BEHALF OF REGINA CANELA</u>

1.      That at all times herein mentioned, Plaintiff was, and still is, a resident of the County of Nassau, State of New York.

2.      That at all times herein mentioned, the Defendant **JETBLUE AIRWAYS CORPORATION** was and still is a domestic corporation, a foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the State of New York.

3.      That at all times herein mentioned, the Defendant **JETBLUE AIRWAYS CORPORATION** maintained a principal place of business in the County of Queens, State of New York.

4.      That on September 15, 2018, and at all times herein mentioned, a certain aircraft, specifically Flight B6 1536, including the on ramp to the aircraft, was owned by Defendant **JETBLUE AIRWAYS CORPORATION**.

5.      That at all times herein mentioned, the Defendant **JETBLUE AIRWAYS CORPORATION,** through their agents, servants, employees, and/or assigns, owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and controlled a certain aircraft, specifically Flight B6 1536, including the on ramp to the aircraft.

6.      That on September 15, 2018, and at all times herein mentioned, the above-mentioned aircraft, including the on ramp to the aircraft, was owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and controlled by Defendant **JETBLUE AIRWAYS CORPORATION**.

7.      That on September 15, 2018, and at all times herein mentioned, it was the duty of Defendant **JETBLUE AIRWAYS CORPORATION** to own, operate, manage, maintain, repair, control, inspect, construct and supervise the aircraft, including the on ramp to the aircraft, in a reasonably safe condition.

8.      That at all times herein mentioned, Defendant **JETBLUE AIRWAYS CORPORATION** had a non-delegable duty to maintain the aircraft in a reasonably safe condition and free of dangers and hazards to those passengers lawfully thereat, including Plaintiff **REGINA CANELA.**

9.      That on September 15, 2018, Plaintiff **REGINA CANELA** was a lawful passenger aboard the above-mentioned aircraft.

10.     That on September 15, 2018, while Plaintiff **REGINA CANELA** while lawfully boarding the aforesaid aircraft, she was caused to sustain severe and permanent injuries.

Case 1:22-cv-00004-FB-RER Document 1-4 Filed 01/03/22 Page 5 of 8 PageID #: 30

11.     The above mentioned occurrence, and the results thereof, was caused wholly and solely by the negligence and breach of duty of the Defendant **JETBLUE AIRWAYS CORPORATION** and/or said Defendant's servants, agents, employees and/or licensees in the ownership, inspection, construction, repair, operation, management, maintenance and control of the aforesaid aircraft, fixtures and appurtenances, including the on ramp to the aircraft; and the Defendant **JETBLUE AIRWAYS CORPORATION** was otherwise negligent, careless and reckless.

12.     That, upon information and belief, Defendant **JETBLUE AIRWAYS CORPORATION** had actual notice of this defective condition in that this Defendant created the condition and was present on a daily basis prior to the underlying accident.

13.     That no negligence on the part of the Plaintiff **REGINA CANELA** contributed to the occurrence alleged herein in any manner whatsoever.

14.     That as a result of the foregoing, Plaintiff **REGINA CANELA** was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff **REGINA CANELA** has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff **REGINA CANELA** was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

15.     By reason of the foregoing, Plaintiff **REGINA CANELA** has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein.

**WHEREFORE**, Plaintiff **REGINA CANELA** prays for judgment against the Defendant **JETBLUE AIRWAYS CORPORATION** on behalf of the within Causes of Action in amounts

which exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction

herein, together with the costs and disbursements of this action.

Dated:     Garden City, New York
           December 14, 2021

                                  Yours, etc.

                                  JOSEPH G. DELL
                                  DELL & DEAN, PLLC
                                  Attorneys for Plaintiff
                                  REGINA CANELA
                                  1225 Franklin Avenue, Suite 450
                                  Garden City, New York 11530
                                  (516) 880-9700

FILED: QUEENS COUNTY CLERK 12/14/2021 09:25 AM          INDEX NO. 720283/2021

NYSCEF DOC. NO. 5          Case 1:22-cv-00004-FB-RER   Document 1-4   Filed 01/03/22   Page 7 of 8 PageID #: 32          RECEIVED NYSCEF: 12/14/2021

VERIFICATION

STATE OF NEW YORK          )
                          )ss.:
COUNTY OF NASSAU          )

I, *Regina Canela*                    , being duly sworn, deposes and says:

I am the plaintiff in the within action;

I have read the following *Amended Complaint* and believe the same is to

be true to my knowledge; the same is true to my knowledge except as to those matters therein

stated to be alleged on information and belief and as to those matters I believe them to be true.

*Regina Canela*


Sworn to before me this
14th day of *December*, 2021

*Donna M. Parent*

DONNA M. PARENT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA5008225
Qualified in Suffolk County
My Commission Expires 02-16-2023

Case 1:22-cv-00004-FB-RER Document 1-4 Filed 01/03/22 Page 8 of 8 PageID #: 33

Index No:

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

REGINA CANELA,

*Plaintiff,*

-against-

JETBLUE AIRWAYS CORPORATION,

*Defendant.*

## SUPPLEMENTAL SUMMONS AND AMENDED VERIFIED COMPLAINT

**DELL & DEAN, PLLC**
*Attorneys for Plaintiff*
**1225 Franklin Avenue, Suite 450**
**Garden City, New York 11530**
**(516) 880-9700**

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquir*
*y, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-A.*

Dated:   December 14, 2021

Signature…………………………………………

Print :   **Joseph G. Dell**

**PLEASE TAKE NOTICE**

|  |  |
|---|---|
| **NOTICE OF Entry** | *That the within is a (certified) true copy of an*<br>*Entered in the office of the clerk of the within-named Court on* |
| **NOTICE OF** | *That an Order of which is a true copy will be presented for settlement to the*<br>Hon.                                              , one of the   judges of the |
| within-named Court, | |
| **SETTLEMENT** | *at* |
|  | *on                                             20              ,   at* |
| M. | |
| Dated: | |

**DELL & DEAN, PLLC**
*Attorneys for Plaintiff*
**1225 Franklin Avenue, Suite 450**
**Garden City, New York 11530**
**(516) 880-9700**