# EXHIBIT E

Michael Maragoudakis, Esq. (MM8088)
Madison N. Kelley, Esq. (5876933)
MARTINEZ & RITORTO, P.C.
30 Wall Street, 8th Floor
New York, New York 10005
Tel. (212) 248-0800
*Attorneys for Defendant*
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA CANELA,<br><br>                              Plaintiff,<br>     -against-<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>                              Defendant. | Case No.:<br><br>**DECLARATION OF DEVINA DEWNARAYAN**<br><br>**ECF CASE** |

     I, Devina Dewnarayan, hereby declare under penalty of perjury that the foregoing is true and correct:

    1.  I am an employee at JetBlue Airways Corporation (hereinafter "JetBlue") in the position of Analyst, Litigation Legal.  I submit this Declaration based upon my review of the records maintained by JetBlue in the ordinary course of its business, true and accurate copies of which are attached hereto.

    2.  Based upon my review of JetBlue's business records, on September 15, 2018, Plaintiff was scheduled to fly from JFK International Airport in Queens, New York ('JFK Airport") to Cibao International Airport ("Santiago Airport"), in the Dominican Republic on JetBlue Flight 2837.

    3.  A true and accurate copy of JetBlue's Passenger Name Record for Plaintiff's flight on September 15, 2018 is attached hereto as Exhibit A.

4. On November 9, 2018, Plaintiff was scheduled to fly from Santiago Airport, Dominican Republic to JFK Airport in New York on JetBlue Flight 1536.

5. A true and accurate copy of JetBlue's Passenger Name Record for Plaintiff's flight on November 9, 2018 is attached hereto as Exhibit B.

6. JetBlue has no record of any other flights undertaken by Plaintiff during the period of September through December 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 28, 2021

                                                                Devina Dewnarayan

**EXHIBIT A**

```
HEADER
CYKNAN 2018/10/15 -- 0000 2018/07/22 1251 5 RH5 042 NIH 001 000 NIH 001

1CANELA/REGINA MISS

 B6 2837P 2018/09/15 J JFK STI HK 01 1315 1657   HRS /E

TKT/TIME LIMIT
T-25AUG-OFC5KLN
TE 2792105528498 CANEL/R NIH5RH5 1351/22JUL
TE 2792108029152 CANEL/R OFC5KLN 1412/25AUG

PHONES
```



```
PRE-RESERVED SEATS
B6 2837P 15SEP2018 JFK   STI    HK 12B NL       1.1

FREQUENT TRAVELER ITEM
B6 2081166556           HK B6 NN 1.1

UPGRADE LIST


PASSENGER PROFILE


ADDRESS




PROFILE INDEX DATA


HOST FACTS
SSR DOCS B6 HK1 /P/US/509917950/US/19APR1954/F/19MAY2023/CANELA/REGINA 1.1
SSR PCTC B6 HK
OSI     NOTIFY TDP/R/20180722175144/EMAIL/CNF/1.1/
OSI     LANG TDP/EN/
SSR BRND B6 NN1 /CN
SSR TKNE B6 HK1 .2792105528498C1 1.1
SSR TKNE B6 HK1 .2792108029152C1 1.1
OSI     NOTIFY INR/H/20180825161420/EMAIL/CNF/ALL/
SSR FEEB B6  2837P15SEP/OLD BAG FEES APPLY NN1 1.1
```

```
SSR PCTC B6 HK DECLINED 1.1

ASSOCIATED REFERENCE FIELD

ORIGINAL - 0 CURRENT - 0 AVAILABLE - 0 SOLD - 0


PNRLOC    SEATS TK/TL      PASSENGER NAMES



GENERAL FACTS


REMARKS

H-FARE/PUB/PL2AUEN6
H-FARE/PUB/AMT/1ADT/123.00/69.70/192.70/USD
H-SSWMOD-DT/2018/07/22-13-51/IP/209.164.62.1
-TBM*XXXXXXXXXXXXX4928$XXXXX
H-AUTH-AVS SUCCESS-Z/ZIP/POSTAL MATCH/ADDRESS FAIL/Z
H-B$A/█████████████████████████ █ ████████████
H-AUTH-APV/04043Z/00/USD192.70
H-AUTH-PSS/CA4928/22JUL/xxxxxxxxxxxx95628576
H-AUTH-CSC MATCHED/M
XXTAW23JUL/
H-RISK MGNT/ALLOW///0006929F-72D4-423C-926D-1150BE3DC6C8
XXAUTH/06424Z *Z
H-AUTH-PSS/CA4928/25AUG/xxxxxxxxxxxx35431068
H-   AUTH-APV/06424Z/00/USD7.00
H-   AUTH-AVS SUCCESS-Z/ZIP/POSTAL MATCH/ADDRESS FAIL/Z
H-   AUTH-CSC MATCHED/M
H-RISK MGNT/ALLOW/5FB7A40E-944D-4DA7-B664-3D076A471FA7
H-BH CUC WV CHG FEE DUE TO DEATH IN FAMILY COLLECT DIFF IN
H-FARE CG66403 8/25
H-OLD BAG FEES APPLY
H-IMPORTANT CHANGES TO TSA SCREENING EMAIL SENT TO
H-████████████████████████████ ON 14 SEP 2018.
H-SSDK/TXT/TIMATIC - TIMATIC OK - N1.1/15SEP2018/B62837/JFK
H-SSDK/TXT/TIMATIC - TIMATIC OK - N1.1/15SEP2018/B62837/JFK
H-SSDK/BAG/JFKSTI15SEP/BAG1.1
BAG-TAG ACCEPTED 8279618131 15SEP2018 1108/JFK/89C5


RECEIVED FROM

TDPWEB



NIH.NIH5RH5 1251 2018/07/22 CYKNAN

HISTORY

X5H  H-SSDK/TXT/BTREPRINTPENDING/8279618131
R-JFKNIH5RH7

S-   1105 2018/09/15
A5H  H-SSDK/TXT/BTREPRINTPENDING/8279618131
R-JFKNIH5RH7
```

```
S-     1105 2018/09/15
A5H   H-SSDK/BAG/JFKSTI15SEP/BAG1.1
R-JFKNIH5RH7

S-     1105 2018/09/15
A5H   H-SSDK/TXT/TIMATIC - TIMATIC OK - N1.1/15SEP2018/B62837/JFK
R-JFKNIH5RH7

S-     1104 2018/09/15
X4S   SSR DOCS B6  /P/US/          /US/          /F/19MAY2023/CANELA/REGINA
A4S   SSR DOCS B6  /P/US/          /US/          /F/19MAY2023/CANELA/REGINA
R-JFKNIH5RH7

S-     1104 2018/09/15
A5H   H-SSDK/TXT/TIMATIC - TIMATIC OK - N1.1/15SEP2018/B62837/JFK
R-JFKNIH5RH7

S-     1102 2018/09/15
A4S   SSR PCTC B6 DECLINED
R-JFKNIH5RH7

S-     1102 2018/09/15
X4S   SSR DOCS B6  /DB/19APR54/F/CANELA/REGINA
A4S   SSR DOCS B6  /P/US/          /US/          /F/19MAY2023/CANELA/REGINA
R-JFKNIH5RH7

S-     1102 2018/09/15
A5H   H-IMPORTANT CHANGES TO TSA SCREENING EMAIL SENT TO
A5H   H                                       ON 14 SEP 2018.
R-HDQHDQ8RB1

S-     1510 2018/09/14
A5H   H-OLD BAG FEES APPLY
A4S   SSR FEEB B6 2837P15SEP/OLD BAG FEES APPLY NN1
R-HDQHDQ4INT

S-     2037 2018/08/27
A9    OFC 5165289276-S RAMON
R-OFCOFC5KLN

S-     1514 2018/08/25
A4O   OSI    NOTIFY INR/H/20180825161420/EMAIL/CNF/ALL/
R-OFCOFC5KLN

S-     1514 2018/08/25
A4G   B6 2837P 15SEP2018 JFK STI SS 12B NL
R-OFCOFC5KLN

S-     1514 2018/08/25
A5H   H-BH CUC WV CHG FEE DUE TO DEATH IN FAMILY COLLECT DIFF IN
A5H   H-FARE CG66403 8/25
R-OFCOFC5KLN

S-     1512 2018/08/25
```

```
A5H   H-RISK MGNT/ALLOW/5FB7A40E-944D-4DA7-B664-3D076A471FA7
R-OFCOFC5KLN

S-    1512 2018/08/25
A5H   H-AUTH-PSS/CA4928/25AUG/xxxxxxxxxxxx35431068
A5H   H-  AUTH-APV/06424Z/00/USD7.00
A5H   H-  AUTH-AVS SUCCESS-Z/ZIP/POSTAL MATCH/ADDRESS FAIL/Z
A5H   H-  AUTH-CSC MATCHED/M
A4S   SSR TKNE B6 JFKSTI2837P15SEP.2792108029152C1
X7    T-22JUL-NIH5RH5
A7    T-25AUG-OFC5KLN
R-OFCOFC5KLN

S-    1512 2018/08/25
XS    B6 2837P 2018/08/27 JFK STI HK 01 1329 1715   HRS /E
AS    B6 2837P 2018/09/15 JFK STI SS 01 1315 1657    /E
X4G*B6 2837P 27AUG2018 JFK STI HK 12C NLA
X4S*  SSR BRND B6 JFKSTI2837P27AUG/CN
X4S*  SSR IBAG B6 2837P27AUG/NN1
X4S*  SSR TKNE B6 JFKSTI2837P27AUG.2792105528498C1
A4S   SSR BRND B6 JFKSTI2837P15SEP/CN
A4S   SSR TKNE B6 JFKSTI2837P15SEP.2792105528498C1
R-OFCOFC5KLN

S-    1511 2018/08/25
A5H   H-RISK MGNT/ALLOW///0006929F-72D4-423C-926D-1150BE3DC6C8
R-NIHNIH5RH5

S-    1251 2018/07/22
A4O   OSI    NOTIFY TDP/R/20180722175144/EMAIL/CNF/1.1/
A4O   OSI    LANG TDP/EN/
R-NIHNIH5RH5

S-    1251 2018/07/22
A4S   SSR TKNE B6 JFKSTI2837P27AUG.2792105528498C1
X7    TAW23JUL/
A7    T-22JUL-NIH5RH5
AT    W$VCR$F*XXXXXXXXXXXXX4928/XXXX*Z04043Z
R-NIHNIH5RH5

S-    1251 2018/07/22
AW    N/RAMON A CANELA
A5F   -TBM*XXXXXXXXXXXXXX4928$XXXXX
A5H   H-AUTH-AVS SUCCESS-Z/ZIP/POSTAL MATCH/ADDRESS FAIL/Z
A5H   H-B$A/
A5H   H-AUTH-APV/04043Z/00/USD192.70
A5H   H-AUTH-PSS/CA4928/22JUL/xxxxxxxxxxxx95628576
A5H   H-AUTH-CSC MATCHED/M
R-NIHNIH5RH5

S-    1251 2018/07/22
A4G B6 2837P 27AUG2018 JFK STI SS 12C NLA
```

```
R-NIHNIH5RH5

S-   1251 2018/07/22


PRICE RETENTION


QUEUE HISTORY

CURRENTLY ON QUEUE
ON   NIH    0009/007        2018/07/22 1251 PLACED BY NIH    RH5
OFF  OGK    0101/           2018/09/15 1112 REMOVED BY OGK   Y73-QR
ON   OGK    0101/011        2018/09/15 1108 PLACED BY HDQ    9C5
OFF  OGK    0101/           2018/09/15 1106 REMOVED BY OGK   Y73-QR
DUP  OGK    0101/011        2018/09/15 1105 NO ADD BY NIH    RH7
DUP  OGK    0101/011        2018/09/15 1105 NO ADD BY NIH    RH7
DUP  OGK    0101/011        2018/09/15 1105 NO ADD BY NIH    RH7
DUP  OGK    0101/011        2018/09/15 1104 NO ADD BY NIH    RH7
DUP  OGK    0101/011        2018/09/15 1104 NO ADD BY NIH    RH7
DUP  OGK    0101/011        2018/09/15 1102 NO ADD BY NIH    RH7
DUP  OGK    0101/011        2018/09/15 1102 NO ADD BY NIH    RH7
ON   OGK    0101/011        2018/09/15 1102 PLACED BY NIH    RH7
OFF  OGK    0101/           2018/09/14 1518 REMOVED BY OGK   Y73-QR
ON   OGK    0101/011        2018/09/14 1510 PLACED BY HDQ    RB1
OFF  OGK    0101/           2018/08/27 2116 REMOVED BY OGK   Y73-QR
ON   OGK    0101/011        2018/08/27 2037 PLACED BY HDQ    INT
OFF  OGK    0101/           2018/08/25 1515 REMOVED BY OGK   Y73-QR
ON   OGK    0101/011        2018/08/25 1514 PLACED BY OFC    KLN
OFF  OGK    0101/           2018/08/25 1514 REMOVED BY OGK   Y73-QR
DUP  OGK    0101/011        2018/08/25 1514 NO ADD BY OFC    KLN
DUP  OGK    0101/011        2018/08/25 1514 NO ADD BY OFC    KLN
DUP  OGK    0101/011        2018/08/25 1512 NO ADD BY OFC    KLN
DUP  OGK    0101/011        2018/08/25 1512 NO ADD BY OFC    KLN
DUP  OGK    0101/011        2018/08/25 1512 NO ADD BY OFC    KLN
OFF  XTM    0450/           2018/08/25 1512 REMOVED BY OFC   KLN-ET
ON   OGK    0101/011        2018/08/25 1511 PLACED BY OFC    KLN
ON   XTM    0450/           2018/08/25 1511 PLACED BY OFC    KLN
OFF  OGK    0101/           2018/07/22 1252 REMOVED BY OGK   Y73-QR
DUP  OGK    0101/011        2018/07/22 1251 NO ADD BY NIH    RH5
DUP  OGK    0101/011        2018/07/22 1251 NO ADD BY NIH    RH5
DUP  OGK    0101/011        2018/07/22 1251 NO ADD BY NIH    RH5
DUP  OGK    0101/011        2018/07/22 1251 NO ADD BY NIH    RH5
DUP  OGK    0101/011        2018/07/22 1251 NO ADD BY NIH    RH5
ON   NIH    0009/007        2018/07/22 1251 PLACED BY NIH    RH5
ON   OGK    0101/011        2018/07/22 1251 PLACED BY NIH    RH5


BAG TAG

PSGR#-001 REGINA MISS CANELA
PSGR#-001 RTE #-0001 STI    8279618131 BY - JFK    5RH7 1205/2018/09/15
STATUS-
RTE #-0001 B6   2837 STI


ERROR MESSAGES
```

# EXHIBIT B

```
         B6 PNR MTFIBO  Creation Date 20181019  Creation Time 1129

      1541789292401
      011  SEE REMARKS
MTFIBO
 1.1CANELA/REGINA MS
 1 B61536P 09NOV F STIJFK HK1  1548  1835  HRS /E
9STI/ A/C995 EQP321 *1956*HDQFTP
2JFK/ETA 1817 *1113*HDQFTP
TKT/TIME LIMIT
  1.T-19OCT-NIV5RH5
  2.TE 2792111557033 CANEL/R NIV5RH5 1229/19OCT
VCR COUPON DATA EXISTS  *VI TO DISPLAY
PHONES
   1.NIV▮▮▮▮▮▮▮▮▮▮▮
PASSENGER EMAIL DATA EXISTS  *PE TO DISPLAY ALL
ADDRESS
    N/RAMON A CANELA
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮
PRICE QUOTE RECORD EXISTS - *PQS
FREQUENT TRAVELER
  1.▮▮▮▮▮▮▮▮▮▮▮      HK B6   1.1 CANELA/REGINA MS
PROFILE INDEX DATA EXISTS *PI TO DISPLAY ALL
SEATS/BOARDING PASS
 1   1536P 09NOV STIJFK HK 11B N     1.1 CANELA/REGINA MS
B6 FACTS
   PCTC DATA EXISTS - PLEASE USE *P4 TO VIEW
  1.SSR BRND B6 NN1 STIJFK1536P09NOV/CN
  2.SSR FOID B6 HK1/PPUS509917950
  3.SSR DOCS B6 HK1/P/US/509917950/US/19APR1954/F/19MAY2023/CAN
    ELA/REGINA
  4.SSR IBAG B6 1536P9NOV/NN1
  7.OSI NOTIFY TDP/R/20181019162922/EMAIL/CNF/1.1/
  8.OSI LANG TDP/EN/
  9.SSR WCHR NN1
 10.SSR DOCA B6 HK1/R/US
REMARKS
  1.H-FARE/PUB/PL2AUEN6
  2.H-FARE/PUB/AMT/1ADT/110.00/106.13/216.13/USD
  3.H-SSWMOD-DT/2018/10/19-12-29/IP/209.164.62.0
  4.-TBM*CAXXXXXXXXXXXX4928 XXXXX
  5.H-AUTH-AVS SUCCESS-Z/ZIP/POSTAL MATCH/ADDRESS FAIL/Z
  6.H-B A/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  7.H-AUTH-APV/07605Z/00/USD216.13
```

```
    8.H-AUTH-PSS/CA4928/19OCT/01311539966559600295
    9.H-AUTH-CSC SERVICE NOT SUPPORTED/S
   10.XXAUTH/07605Z  *Z/CA4928
   11.XXTAW20OCT/
   12.H-RISK MGNT/ALLOW///DDC9C531-B1A3-4C62-B345-D6A6DC0AC96C
   13.H-INTL TSA SCREENING CHGS EMAIL SENT TO
   14.H-█████████████████████ ON 08 NOV 2018.
BAGGAGE INFORMATION
ROUTING-B6  1536 JFK
 CANELA/REGINA MS
  JFK  B6 4279797590 - BY STI5IWU 1447/09NOV18
     BAG STATUS LMTD RLS
RECEIVED FROM - TDPWEB
NIV.NIH5RH5 1129/19OCT18 MTFIBO H

A4S  SSR DOCA B6 HK1/R/US   -CANELA/REGINA MS
R-  STI5IWU
STI STI5IWU 1247/09NOV18
X4S  SSR DOCS B6 HK1/DB/19APR54/F/CANELA/REGINA
    -CANELA/REGINA MS
A4S  SSR DOCS B6 HK1/P/US/509917950/US/19APR1954/F/19MAY2023/CA
    NELA/REGINA   -CANELA/REGINA MS
R-  STI5IWU
STI STI5IWU 1247/09NOV18
A4S  SSR WCHR NN1   -CANELA/REGINA MS
R-  STIIWU
STI STI5IWU 1246/09NOV18
A5H  H-INTL TSA SCREENING CHGS EMAIL SENT TO
A5H  H-█████████████████████ ON 08 NOV 2018.
R-  FIFTEENBELOW
HDQ HDQ8RB1 1206/08NOV18
A5H  H-RISK MGNT/ALLOW///DDC9C531-B1A3-4C62-B345-D6A6DC0AC96C
R-  TDPWEB
NIV NIH5RH5 1129/19OCT18
A4O  OSI NOTIFY TDP/R/20181019162922/EMAIL/CNF/1.1/
A4O  OSI LANG TDP/EN/
R-  TDPWEB
NIV NIH5RH5 1129/19OCT18
A4S  SSR TKNE B6 HK1 STIJFK1536P09NOV/2792111557033C1
    -CANELA/REGINA MS
X7   TAW20OCT/
A7   T-19OCT-NIV5RH5
AT   W VCR F*CAXXXXXXXXXXXXX4928/XXXX*Z07605Z
R-  TDPWEB
NIV NIH5RH5 1129/19OCT18
AW   N/RAMON A CANELA
AW   A/█████████████████████
```

```
AW   C/██████████
██  ██████
A5F  -TBM*CAXXXXXXXXXXXX4928 XXXXX
A5H  H-AUTH-AVS SUCCESS-Z/ZIP/POSTAL MATCH/ADDRESS FAIL/Z
A5H  H-B A/████████████████████████████
A5H  H-AUTH-APV/07605Z/00/USD216.13
A5H  H-AUTH-PSS/CA4928/19OCT/01311539966559600295
A5H  H-AUTH-CSC SERVICE NOT SUPPORTED/S
R-   TDPWEB
NIV NIH5RH5 1129/19OCT18
A4G    1536P 09NOV STIJFK NN/SS  11B N    -CANELA/REGINA MS
R-   TDPWEB
NIV NIH5RH5 1129/19OCT18


EMAIL ADDRESS
 1. ████████████████████████      1.1 CANELA/REGINA
```