Michael Maragoudakis, Esq. (MM8088)
Madison N. Kelley, Esq. (5876933)
MARTINEZ & RITORTO, P.C.
30 Wall Street, 8th Floor
New York, New York 10005
Tel. (212) 248-0800
*Attorneys for Defendant*
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA CANELA,<br><br>　　　　　Plaintiff,<br>-against-<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>　　　　　Defendant. | Case No.:  1:22 CV 00004<br><br>**JETBLUE AIRWAYS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>**ECF CASE** |

　　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant JETBLUE AIRWAYS CORPORATION (hereinafter "JETBLUE") certify that JETBLUE has no corporate parents and no publicly held corporation owning 10% or more of its stock.

Dated:　New York, New York
　　　　　January 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　MARTINEZ & RITORTO, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　　/S Michael Maragoudakis
　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　Michael Maragoudakis, Esq. (MM8088)

　　　　　　　　　　　　　　　　　　　　　　Madison N. Kelley, Esq. (5876933)
　　　　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　(212) 248-0800

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　JETBLUE AIRWAYS CORPORATION