AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| REGINA CANELA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22:cv:00004 |
| JETBLUE AIRWAYS CORPORATION ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JETBLUE AIRWAYS CORPORATION.

Date: 01/03/2022

/S Madison N. Kelley
*Attorney's signature*

Madison N. Kelley (5876933)
*Printed name and bar number*

Martinez & Ritorto, P.C.
30 Wall Street, 8th Floor
New York, NY 10005
*Address*

mkelley@mrwings.us
*E-mail address*

(212) 248-0800
*Telephone number*

(212) 248-0900
*FAX number*