A Professional Corporation

# MARTINEZ & RITORTO

Attorneys at Law

30 Wall Street – 8th Floor                                                                Tel. 212-248-0800
New York, New York 10005                                                           Fax. 212-248-0990

April 25, 2022

**<u>Via ECF</u>**
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Canela v. JetBlue Airways Corporation
<u>22 CV 00004 (FB)(RLM)</u>
Our File: 2104-50

Dear Judge Block:

      We write on behalf of all Parties pursuant to Your Honor's Order dated April 12, 2022. In accordance therewith, please be advised that the Parties have been unable to come to a settlement and have agreed to the following briefing schedule for Defendant JetBlue's dispositive motion:

- JetBlue's Motion to be served on Plaintiff by May 6, 2022;
- Plaintiff's Opposition to be served on JetBlue by May 27, 2022; and
- JetBlue's Reply to be served by and entire Motion filed on ECF by June 10, 2022.

      We thank the Court for its consideration of these matters.

                                                        Respectfully submitted,

                                                        /S Michael Maragoudakis

                                                        _____
                                                        Michael Maragoudakis, Esq. (MM8088)

CC via ECF:
David M. Spoerer, Esq.